TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: 907-271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. |
| Plaintiff, | ) |
| | ) COUNT 1: |
| | ) POSSESSION WITH INTENT TO |
| | ) DISTRIBUTE |
| vs. | ) METHAMPHETAMINE |
| | )   Vio. 21 U.S.C. §§ 841(a)(1) & |
| | ) (b)(1)(B) |
| SANDRA ELAINE MITCHELL, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about December 10, 2005, within the District of Alaska, the defendant,

SANDRA ELAINE MITCHELL, did knowingly and intentionally possess with intent to

distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, all of which is in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

A TRUE BILL.

S/ Grand Jury Foreperson
GRAND JURY FOREPERSON

S/ Stephan A. Collins
STEPHAN A. COLLINS
Assistant U.S. Attorney

S/ Timothy Burgess
TIMOTHY M. BURGESS
United States Attorney

DATED: 12/14/05