FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 15 AM 11: 28

RECEIVED

DEC 1 6 2005

CHAMBERS OF
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No. A05-115 CR (JWS) |
| ) | |
| SANDRA ELAINE MITCHELL, ) | PETITION FOR WRIT OF |
| ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

SANDRA ELAINE MITCHELL, who is imprisoned by the State of Alaska Department of Corrections, at the Anchorage Correctional Center - East in Anchorage, Alaska, is a defendant in a certain cause now pending before this court, to wit: United States of America v. Sandra Elaine Mitchell, Case No. A05-115 CR (JWS), which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in

3

Anchorage, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

TIMOTHY M. BURGESS
United States Attorney

DATED: 12/15/05

STEPHAN A. COLLINS
Assistant U.S. Attorney