DEC 1 5 2005

FILED

DEC 1 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| In the Matter of | ) | Case No. A05-115 CR (JWS) |
|  | ) |  |
|  | ) | ORDER FOR ISSUANCE OF |
| SANDRA ELAINE MITCHELL, | ) | WRIT OF HABEAS CORPUS |
|  | ) | AD PROSEQUENDUM |
| On Writ of Habeas Corpus | ) |  |
|  | ) |  |

On the Petition of Stephan A. Collins Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring SANDRA ELAINE MITCHELL, now being held at the Anchorage Correctional Center - East in Anchorage, Alaska, before this court as a defendant in a certain cause now pending before this Court, to wit: <u>United States of America v. Sandra Elaine Mitchell,</u> Case No. A05-115 CR (JWS), for the scheduling of an arraignment/initial appearance in Anchorage, Alaska and such other proceedings as the court may desire, said person to be returned to the said State of Alaska Department of Corrections, soon as the case is disposed of.

DATED this 16th day of December, 2005, at Anchorage, Alaska.

A05-0115--CR (JWS)   AM 12-16-05

S. COLLINS (US ATTY)
US MARSHAL
US PROBATION
def w/USM cy

JOHN D. ROBERTS
**JOHN D. ROBERTS**
*U.S. Magistrate Judge*