

**FILED**

DEC 1 6 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES OF AMERICA   v.   SANDRA ELAINE MITCHELL

THE HONORABLE JOHN D. ROBERTS3

DEPUTY CLERK                              CASE NO. A05-0115 CR (JWS)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 16, 2005

**ARRAIGNMENT** in the above-captioned case is hereby set for **Tuesday, December 20, 2005, at 11:00 a.m.** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

A05-0115--CR (JWS)    dm 12-16-05
------------------------------------
✓ S. COLLINS (US ATTY)
✓ US MARSHAL
✓ US PROBATION
✓ def w/USM cy

[]{ARRAIGNR.WPD*Rev.3/97}

5