```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs SANDRA ELAINE MITCHELL    CASE NO. A05-0115-CR (JWS)
Defendant: X Present    X In Custody

BEFORE THE HONORABLE            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ELISA SINGLETON

UNITED STATES ATTORNEY:         STEPHAN COLLINS

DEFENDANT'S ATTORNEY:           MIKE DIENI

U.S.P.O.:                       CHRIS LIEDIKE

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT - HELD 12/20/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:27 a.m. court convened.

X Copy of Indictment given to defendant: read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: Same as Above      Age: 40

X Financial Affidavit filed.
   X Federal Public Defender accepted appointment; FPD notified.

X PLEA Not Guilty to Count 1 of the Indictment.

X Court advised counsel trial date had not been set.

X Defendant detained/Detention Hearing set for 12/23/05 at
              9:30 a.m.; Order of Temporary Detention **FILED**.

X Court advised counsel trial date had not been set.

At 11:37 a.m. court adjourned.


DATE: December 20, 2005   DEPUTY CLERK'S INITIALS:      ES
05/00