Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 AM 11: 47

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>　　　　　Defendant. | Case No. A05-0115 CR (JWS)<br><br>MOTION TO RESET<br>DETENTION HEARING<br>*Filed on Shortened Time* |

Defendant, Sandra Elaine Mitchell, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order resetting the detention hearing now set for Friday, December 23, 2005, to a date the following week. If convenient to the court, Ms. Mitchell requests a hearing date on December 28, 2005. This motion is filed because additional time is required to complete a proposal for third-party custody.

///

///

///

///

DATED this 22nd day of December, 2005.

                        Respectfully submitted,

                        FEDERAL PUBLIC DEFENDER
                        FOR THE DISTRICT OF ALASKA

                        Michael Dieni
                        Assistant Federal Defender

Certification:

I certify that on December 22, 2005, I hand delivered a copy of this Motion to Reset Bail Hearing to:

Stephan A. Collins, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9 Rm 253
Anchorage, AK  99513-7567

Lenora L. Roehling

Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. A05-0115 CR (JWS) |
| vs. | AFFIDAVIT OF COUNSEL |
| SANDRA ELAINE MITCHELL, | |
| Defendant. | |

Michael Dieni, being first duly sworn upon oath, deposes and states:

1. I am the attorney appointed to represent defendant in the above-captioned case.

///

///

///

///

///

    2.    All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Michael Dieni

SUBSCRIBED and SWORN to before me this 22nd day of December, 2005.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

2