LODGED

DEC 2 2 2005

**FILED**

DEC 2 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SANDRA ELAINE MITCHELL,

Defendant.

Case No. A05-0115 CR (JWS)

ORDER RESCHEDULING
DETENTION HEARING

After due consideration of defendant's motion to reset detention hearing, for

good cause shown, the motion is granted. The December 23, 2005, detention hearing is

vacated and reset for December _28_, 2005, at _3:30_ ~~a.m.~~/p.m.

DATED this _22nd_ day of December, 2005, in Anchorage, Alaska.

John D. Roberts
U.S. MAGISTRATE JUDGE

CnsL T/c notified 12/22/05 on

A05-0115--CR (JWS)      am 12-22-05
-------------------------------------------
M. DIENI (PPD)
S. COLLINS (US ATTY)
US MARSHAL
US PROBATION

13