IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. <u>SANDRA ELAINE MITCHELL</u>

CASE NO: <u>A05-0115-CR (JWS)</u>

---

**Defendant** <u>Sandra Elaine Mitchell</u>,

has this date met the bail conditions indicated below and is ordered discharged from custody.

✓ Released to <u>Clarence Mitchell and/or Clarence Buloch and/or Jefferson Mitchell</u>, the third party custodian(s)

____ Paid cash bail in the amount of _____ to the Clerk of Court

✓ Posted unsecured bond in the amount of $5,000.

____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

____ Surrendered passport to the Clerk of Court

____ Other_____

Dated at <u>Anchorage</u>, Alaska this <u>28th</u> day of <u>December</u>, <u>2005</u>

*[signature]*
JOHN D. ROBERTS,
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 12/05)