Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>        Defendant. | Case No. A05-0115 CR (JWS)<br><br>MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS |

Defendant, Sandra Elaine Mitchell, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an eight-day extension of time to file pretrial motions.  Motions are now due on Thursday, January 5, 2006.  Ms. Mitchell requests an extension to Friday, January 13, 2005.  Trial currently is set for February 15, 2006.

Ms. Mitchell has attempted to contact AUSA Collins by telephone to obtain his position, without success.

This motion is made because additional time is necessary to review the case for motions.  Undersigned counsel was out of the office on leave nearly all of the time from

the date discovery was provided to the current due date.  An additional eight days will provide counsel and Ms. Mitchell a fair opportunity to prepare motions without interfering with the current trial date.

DATED this 5th day of January, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 5, 2006, a copy of the foregoing Motion for Extension of Time to File Pretrial Motions, with attachments, was served electronically on:

Stephan A. Collins, Esq.

/s/ Michael D. Dieni