UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>                Defendant. | Case No. A05-0115 CR (JWS)<br><br>PROPOSED ORDER |

After due consideration of defendant's motion for extension of time to file pretrial motions, for good cause shown, the motion is GRANTED/DENIED. Motions are now due on or before _____, 2006.

DATED this ____ day of _____, 2005, in Anchorage, Alaska.

_____
John D. Roberts
U.S. Magistrate Judge