TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-0115-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE** |
| vs. | ) | |
| | ) | |
| SANDRA D. MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Timothy

M. Burgess, United States Attorney for the District of Alaska, and hereby requests

the Court no longer electronically serve pleadings in the above-captioned case on

Stephan A. Collins, Asst. U.S. Attorney.  Assistant U.S. Attorney Larry D. Card, is the lead attorney in this matter.

    RESPECTFULLY submitted this <u>12th</u> day of January, 2006, at Anchorage, Alaska.

    TIMOTHY M. BURGESS
United States Attorney

s/ Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2006
a copy of the foregoing NOTICE was served
electronically:

Michael Dieni
Asst. Federal Public Defender
Federal Public Defender Agency
550 W. 7th Ave., #1600
Anchorage, AK  99501

s/ Stephan A. Collins