Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>Defendant. | Case No. A05-0115 CR (JWS)<br><br>NON-OPPOSED MOTION<br>TO ACCEPT LATE-FILED<br>MOTIONS TO SUPPRESS<br>*Filed on Shortened Time* |

Defendant, Sandra Elaine Mitchell, by and through counsel Michael Dieni,

Assistant Federal Defender, moves this court for an order to accept late-filed motions to

suppress.  Motions were originally due on January 5, 2006.  Ms. Mitchell previously filed

a motion for an eight-day continuance.  That motion has not been ruled upon.  This motion

would, in effect, allow the 15 day late-filing of Ms. Mitchell's constitutionally-based pretrial

motions.

Ms. Mitchell will seek a non-opposed motion to continue the trial to

accommodate the timing of the filing of these motions.

This motion is non-opposed by Assistant United States Attorney Larry Card.

The preparation of these motions has been retarded by three events. First, counsel for Ms. Mitchell received discovery on the eve of a long time scheduled holiday leave of absence. Second, after the New Year, undersigned counsel had to meet an inalterable January 11, 2006 Ninth Circuit opening brief deadline in *Mosley v. United States,* C.A. No. 05-30488. Third, Ms. Mitchell has not been provided access to the testimony in support of the primary search warrant at issue. She delayed filing motions in an effort to gain access to the materials. A motion unsealing the testimony in state court has been filed, but Ms. Mitchell is yet awaiting a ruling and access to the testimony in support of the warrant.

As of this date, Ms. Mitchell has prepared the final version of the following motions, and they would have been filed for lodging this date, but counsel was advised by the clerk's office that doing so would violate new policies adopted to accommodate the new ECF system. The motions at issue are:

1.    A Fourth Amendment-based motion to suppress evidence challenging the probable cause basis for incarceration of Ms. Mitchell's person and the subsequent search of her bags.

2.    A Fifth Amendment based motion to suppress her police statement, which was taken in direct violation of *Miranda* and *Edwards v. Arizona*.

Counsel for Ms. Mitchell recognizes that none of the explanations for late-filing, individually or collectively, formed an absolute bar to a more timely filing, and thus apologizes to the court. The motions at issue are essential to effective discharge of

2

Ms. Mitchell's Sixth Amendment right to counsel, and Ms. Mitchell prays that they will be

accepted for filing and consideration.

DATED this 20th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 20, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni