UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>　　　　　Defendant. | Case No. A05-0115 CR (JWS)<br><br>ORDER ACCEPTING LATE-FILED MOTIONS TO SUPPRESS |

　　　　After due consideration of defendant's motion to accept Ms. Mitchell's late-filed motions, for good cause shown, the motion is GRANTED/DENIED.

　　　　DATED this ____ day of _____, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge