**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

UNITED STATES v. SANDRA ELAINE MITCHELL

Case No. *A05-115 CR (JWS)*
**3:05-cr-00115-JWS-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

**MINUTE ORDER FROM CHAMBERS**

**RE: Motion to Accept Late Filed Motion(s) to Suppress, Docket No. 25**

      Defendants motion to accept late filed motion(s) to suppress filed at Docket No. 25 is hereby GRANTED. Defendant's motion(s) shall be filed on or before 4:00 p.m., Wednesday, January 25, 2006, with leave to supplement said motions if requested material has not been provided. A proposed evidentiary hearing date on the motion(s) to suppress is hereby set for Friday, February 3, 2006 at 9:30 a.m. The government's opposition(s) shall be due 4:00 p.m., February 2, 2006.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 23, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-05-cr-00115-JWS-JDR MITCHELL @25 Mtn to Late File Mts.wpd