# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. SANDRA ELAINE MITCHELL

Case No. *A05-115 CR (JWS)*
**3:05-cr-00115-JWS-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

**RE: Motion to Extend Time to File Pretrial Motions, Docket No. 22**

Defendant's motion to extend deadline for filing pretrial motions is GRANTED.

Defendant's pretrial motion(s) shall be filed on or before 4:00 p.m., Wednesday, January 25, 2006.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 23, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-05-cr-00115-JWS-JDR MITCHELL @22 Mtn to Extend PTM DL.wpd