UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>        Defendant. | Case No. A05-0115 CR (JWS)<br><br>PROPOSED<br>SUPPRESSION ORDER REGARDING WARRANTLESS SEARCH OF DEFENDANT'S POSSESSIONS |

      After due consideration of defendant's Motion to Suppress Warrantless Search of Defendant's Possessions, for good cause shown, the motion is GRANTED/DENIED. No evidence seized from the December 10, 2005, search of defendant's bags shall be presented at trial in this matter.

      DATED this ____ day of _____, 2006, in Anchorage, Alaska.


                                                _____
                                                     John D. Roberts
                                          United States Magistrate Judge