Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>    Defendant. | Case No. A05-0115 CR (JWS)<br><br>MOTION TO SUPPRESS<br>DEFENDANT'S STATEMENT |

    Defendant, Sandra Elaine Mitchell, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order suppressing the defendant's statement, made involuntarily after an unequivocal and custodial request for counsel.  This motion is founded upon the Fifth and Sixth Amendments of the United States Constitution and is supported by the attached omnibus memorandum of law.

DATED this 20th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 20, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni