UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. A05-0115 CR (JWS) |
| vs. | |
| SANDRA ELAINE MITCHELL, | PROPOSED SUPPRESSION ORDER REGARDING DEFENDANT'S STATEMENT |
| Defendant. | |

After due consideration of defendant's Motion to Suppress Defendant's Statement, for good cause shown, the motion is GRANTED/DENIED.  No evidence obtained as a result of defendant's statement shall be presented at trial in this matter.

DATED this _____ day of _____, 2006, in Anchorage, Alaska.


_____
John D. Roberts
United States Magistrate Judge