UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. A05-0115 CR (JWS) |
|---|---|
| Plaintiff, | |
| vs. | PROPOSED SUPPRESSION ORDER REGARDING EVIDENCE SEIZED FROM DEFENDANT'S HOME PURSUANT TO SEARCH WARRANT |
| SANDRA ELAINE MITCHELL, | |
| Defendant. | |

      After due consideration of defendant's Motion to Suppress Evidence Seized from Defendant's Home Pursuant to Search Warrant, for good cause shown, the motion is GRANTED/DENIED.  No evidence seized from defendant's home as a result of Alaska State Search Warrant 3AN-05-1286(sw) shall be presented at trial in this matter.

      DATED this ____ day of _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge