UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>    Defendant. | Case No. A05-0115 CR (JWS)<br><br>PROPOSED SUPPRESSION ORDER REGARDING EVIDENCE SEIZED FROM DEFENDANT'S HOME PURSUANT TO SEARCH WARRANT |

After due consideration of defendant's Motion to Suppress Evidence Seized from Defendant's Home Pursuant to Search Warrant, for good cause shown, the motion is GRANTED/DENIED.  No evidence seized from defendant's home as a result of Alaska State Search Warrant 3AN-05-1286(sw) shall be presented at trial in this matter.

DATED this ____ day of _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge