UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>　　　　Defendant. | Case No. A05-0115 CR (JWS)<br><br>PROPOSED<br>SUPPRESSION ORDER REGARDING<br>EVIDENCE SEIZED FROM<br>NEIGHBOR'S GARBAGE |

　　　　After due consideration of defendant's Motion to Suppress Evidence Seized from Neighbor's Garbage, for good cause shown, the motion is GRANTED/DENIED.  No evidence seized from Defendant's neighbor's garbage shall be presented at trial in this matter.

　　　　DATED this ____ day of _____, 2006, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge