Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>        Defendant. | Case No. A05-0115 CR (JWS)<br><br>ERRATA REGARDING DOCKET NO. 30 |

      Defendant, Sandra Elaine Mitchell, by and through counsel Michael Dieni, Assistant Federal Defender, files herewith her Motion to Suppress Evidence Seized from Defendant's Home Pursuant to Search Warrant.  This document inadvertently was not attached to Docket No. 30 when electronically filed.  Counsel apologizes for any inconvenience this may case the court or counsel.

DATED this 24th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 24, 2006, a copy of the foregoing document, with attachment, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni