Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>        Defendant. | Case No. A05-0115 CR (JWS)<br><br>UNOPPOSED MOTION TO CONTINUE TRIAL FOR TWO WEEKS, *filed on shortened time* |

       Defendant, Sandra Elaine Mitchell, by and through counsel Michael Dieni, Assistant Federal Defender, files herewith a motion to continue trial at least two weeks. This is Ms. Mitchell's first request to delay trial. Trial currently is set for February 15. A two-week delay of the trial would put the case on for trial for March 1, 2006.

       This motion is made to accommodate a pending motion to suppress at docket 28. On this date, February 3, 2006, Magistrate Judge Roberts conducted an evidentiary hearing.

       This motion is non-opposed by Assistant United States Attorney Larry Card.

The parties generally agree that the primary motion to suppress at docket 28 will be dispositive of the case. It is anticipated that if Ms. Mitchell prevails the government will lack evidence to proceed with the prosecution. In the alternative, it is expected that if the government prevails Ms. Mitchell will enter a guilty plea pursuant to a plea agreement. In either event, it is not expected that there will be a trial.

A report and recommendation is not expected before February 8, 2006, the current date that trial briefs, etc., would be due. A delay in the trial will afford the court and the parties the time necessary to secure a ruling on the motion to suppress prior to the final preparation for a trial that is very unlikely to happen in either event.

Speedy trial rights are inherently suspended by the pendency of the motions to suppress. It would be inappropriate to execute and file a plea agreement until the outcome of the motion at docket 28 has been decided. For these reasons, a short delay of the trial is requested.

DATED this 3rd day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

<u>Certification</u>:

I certify that on February 3, 2006, a copy of the foregoing document, with attachment, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni