UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                          Case No. A05-0115 CR (JWS)

          vs.

SANDRA ELAINE MITCHELL,                          PROPOSED
                                                 ORDER CONTINUING TRIAL

                    Defendant.

After due consideration of defendant's Unopposed Motion to Continue Trial for Two Weeks, for good cause shown, the motion is granted.  The trial date of February 15, 2006, is vacated and trial in this action is reset for _____, 2006.

          DATED this _____ day of _____, 2006, in Anchorage, Alaska.


                              _____
                                        John W. Sedwick
                              United States District Court Judge