(Rev 10/05)                                    **LIST OF EXHIBITS**

Case No. 3 05-cr-00115-JWS ~~JDR~~     Magistrate Judge/Judge: John D. Roberts

Title   U.S.A.
vs.     Sandra Ellaine Mitchell

Dates of Hearing/Trial: 2/3/2006

Deputy Clerk/Recorder: April Kayser

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Larry Card | Michael Dieni |
|  |  |
|  |  |

------EXHIBITS------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 2/3/06 | Photos | A | ✓ | 2/3/06 | Temperature Print Out |
| 2 | ✓ | 2/3/06 | Photos |  |  |  |  |
| 3 | ✓ | ~~2/3/06~~ withdraws 2/3/06 Photos |  |  |  |  |  |