Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>        Defendant. | Case No. 3:05-cr-0115-JWS-JDR<br><br>MOTION TO SUPPRESS DEFENDANT'S CUSTODIAL STATEMENT TO OFFICER SMITH |

       Defendant, Sandra Elaine Mitchell, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order suppressing her statement to Officer Smith, after she was detained for mental health examination, but prior to any *Miranda* warning.  This written motion formalizes the oral motion made by Ms. Mitchell on the record during the evidentiary hearing of February 3, 2006.  She relies upon the argument set forth therein, essentially asserting that *Miranda* applies to a custodial interrogation by police, even if the custody is based upon an attempt by police to initiate an investigation into a possible civil commitment.

This motion is based upon the Fifth Amendment of the United States Constitution and the basic principles enunciated by the Court in *Miranda v. Arizona*, 384 U.S. 436, 444, 86 S. Ct. 1602, 16 L. Ed. 2d 694 (1966). *See also, Disability Advocates, Inc. v. McMahon*, 279 F. Supp. 2d 158, 166 (N.D.N.Y.,2003) (*Miranda* broad enough to include mental hygiene detention interrogations).

DATED this 3rd day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on *, 2006, a copy of the foregoing document, with attachment, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni