UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>            Defendant. | Case No. 3:05-cr-0115-JWS-JDR<br><br>PROPOSED<br>ORDER SUPPRESSING CUSTODIAL<br>STATEMENT TO OFFICER SMITH |

After due consideration of defendant's Motion to Suppress Defendant's Custodial Statement to Officer Smith, for good cause shown, the motion is granted.

DATED this ____ day of _____, 2006, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge