DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:05-cr-0115-JWS |
| Plaintiff, | ) NOTICE OF EXPERT WITNESS |
| v. | ) |
| SANDRA ELAINE MITCHELL, | ) |
| Defendant. | ) |

## I. **INTRODUCTION**

Trial in this case is set to commence on Wednesday, February 15, 2006. The government may call the following person: APD Officer Kurt Kornchuk;

That Kurt Kornchuk is employed by the Anchorage Police Department, Anchorage, Alaska and have been employed as a Peace Officer in the State of

Alaska since 1995. He is currently assigned to the Detective Division, Narcotic Unit and have maintained that assignment since April, 2003.

He was formerly assigned to the US DOJ, DEA Anchorage District Office, from March 1999, to April 2003. I was designated as a federal officer with the DEA and conducted state and federal drug investigations.

He was formerly employed by the California Department of Justice, Bureau of Narcotic Enforcement, (BNE), as a Special Agent. He was assigned to the Clandestine Laboratory Enforcement Program, in the San Francisco Bay Area.

Prior to BNE, he was employed by the California Highway Patrol, (CHP), from August 1987 to October 1994. As a CHP Investigator, he was assigned to the DEA, San Francisco Field Division, Clandestine Laboratory Enforcement Team, from October 1992, to October 1994.

He has received special training and expertise in the field of narcotic investigations and hazardous materials violations including but not limited to:

- 24 hours California District Attorney's Association - Introduction to Environmental Violations

- 40 hours California Specialized Training Institute - Hazardous Materials Investigations Course

- 80 hours U.S Drug Enforcement Administration - Clandestine Laboratory Investigation and Safety Certification training

- 8 hours Drug Enforcement Administration - Confined Space Safety Training

- 80 hours U.S. Drug Enforcement Administration - Basic Narcotic Agent School, which included Fourth Amendment Training presented by the Honorable John J. Ryan, Judge Superior Court, Orange County, California.

- 8 week National Drug Enforcement Officer's Academy - sponsored by the DEA at the FBI Academy, Quantico, Virginia. The topics included: Analytical Investigations, Drug ID, Current Law Review, Smuggling, Conspiracy, Clandestine Labs and Money Laundering.

- 5 week California Depart of Justice - Special Agent Orientation Training which included: Search and Seizure Update, Miranda, Narcotic and Controlled Substance Update and Search Warrant Preparation.

- 40 hour California Department of Justice - Clandestine Laboratory Safety and Investigation Certification Training.

- 32 hours Clandestine Laboratory Investigators Association - Training conference.

- 32 hour Drug Enforcement Administration - Clandestine Laboratory Site Safety Officer School.

- 40 hour Drug Enforcement Administration – Clandestine Laboratory Tactical School.

- 8 hours Drug Enforcement Administration - Clandestine Laboratory Rectification (annually).

He has spoken to and worked with experienced federal, state and local drug investigators. He has also participated in the service of well over 200 search warrants during his law enforcement career, most of which were for drug related violations. In addition, he has written and served numerous search warrants since his employment as a Peace Officer. He also has participated in excess of 200 arrests for being under the influence, simple possession, possession for sales and manufacturing of narcotics and dangerous drugs. Moreover, he has participated in the seizure of over 250 clandestine laboratories, the majority of which were for the manufacture of methamphetamine.

Officer Korncuk has testified in State and Federal Courts regarding the manufacturing, influence, possession and possession for sale of controlled substances. He has also have interviewed suspects who have been arrested for sales, drug trafficking, cultivation of marijuana and manufacturing of methamphetamine.

Officer Kornchuk has also interviewed drug users and traffickers and have discussed with them the lifestyles, appearance and habits of drug traffickers and users. He has also discussed packaging, preparation, and method of operation and security used by drug traffickers.

Officer Kornchuk has also examined drug paraphernalia consisting in part but not limited to clandestine laboratory glassware and equipment, chemicals used in the manufacturing of controlled substances, weighing devices, packaging materials, diluting and cutting agents, smoking and injecting devices used to ingest controlled substances. Officer Kornchuk's testimony will cover all of the above, and he will describe the amounts of methamphetamine that people who are merely users will possess, verses those people who possess for purposes of distribution.

RESPECTFULLY SUBMITTED this 3rd day of February, 2006, at Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Larry D. Card
> LARRY D. CARD
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: larry.card@usdoj.gov
> Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2006,
a copy of the foregoing was served
electronically on Michael Dieni.

s/ Larry D. Card