DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-0115-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S** |
| vs. | ) | **PROPOSED VOIR DIRE** |
| | ) | **QUESTIONS** |
| SANDRA ELAINE MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, and requests that the Court ask the following questions of the trial venire:

1. Do any of you know or are you acquainted with the defendant or any member of the defendant's family?

    a.    If so, what is the nature of the relationship? Is it a close relationship? Would the relationship tend to make you feel sympathetic toward the defendant? Would the relationship affect your ability to sit as a fair and impartial juror in this case?

2. Do you personally know or have a relationship with any of the attorneys representing either party in this case?

    a.    If so, what is the nature of that relationship?

3. Have you, a member of your family or friends ever worked for a lawyer who practices in the area of criminal law?

4. Has anyone seen or heard anything about this case prior to coming to the Court?

    a.    Does anyone have personal knowledge of the facts concerning the charges against the defendant? If so, do you feel that you can put aside what you have seen or heard and render a verdict based solely upon the evidence which you will see and hear in court?

5. Have any of you been closely associated with anyone who has been the subject of a legal action involving the Anchorage Police Department or any agency of the United States of America, or who has been prosecuted for any federal offense?

      a.     If so, what is your relationship with that person or persons?

      b.     What was the disposition of the case?

      c.     Do you think the disposition was fair and proper?

      d.     Was there anything about that proceeding that you found upsetting or troubling?

6. Have you or any member of your family or friends ever experienced what you consider unfair treatment by any law enforcement officers?

      a.     If so, would that experience in any way affect your ability to sit as a fair and impartial juror to consider the issues of this case?

7. Have you or any close friends or relatives been arrested for or been a victim of any crime?

      a.     If so, would such an experience make it difficult for you to sit as a fair and impartial juror to consider the issues in this case?

8. Have you ever served on a jury before? If so, what kind of case? Was there anything that the parties or witnesses did that you did not like that would affect your serving as a juror in this case?

9. Do any of you suffer from any type of ailment which would make it extremely difficult for you to sit as a juror in this case?

10. Will jury service by you in this case unduly interfere with your personal or business affairs more than the average person?

12. Will you be able to follow the law that I give you even though you may not agree with it? (i.e., suppose after hearing my instructions you decide you don't like them. Will you be able to uphold them even though you disagree with them?)

13. Is there any other reason which may not have been touched upon by the Court in its questions to you which might affect your ability to act as a fair and impartial juror in this case?

RESPECTFULLY SUBMITTED this  3rd  day of February, 2006, at Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Larry D. Card
>LARRY D. CARD
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: larry.card@usdoj.gov
>Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2006, a copy of the foregoing was served electronically on:

Michael D. Dieni
Asst. Fed. Defender

s/ Larry D. Card_____