**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   SANDRA ELLAINE MITCHELL

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO. 3:05-cr-00115-JWS

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 6, 2006

      Judge Sedwick hereby recuses himself from the above-referenced case.  Pursuant to the system of random case assignments, this action is reassigned to Judge Ralph R. Beistline for all further proceedings.  Please use the following case number on all future filings: 3:05-cr-00115-RRB.

[]{IQ2.WPD*Rev.12/96}