**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>  v.  <u>  SANDRA ELAINE MITCHELL  </u>

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                    CASE NO.  <u> 3:05-CR-0115-RRB </u>

<u> John W. Erickson, Jr. </u>                            DATE: February 7, 2006

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**

      A status hearing will be held in this matter on **Thursday, February 9, 2006, at 11:00 a.m.**, in Courtroom 2.

MINUTE ORDER SETTING STATUS HEARING