DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SANDRA MITCHELL,<br><br>    Defendant. | Case No. 3:05-cr-115-RRB<br><br>**NON-OPPOSED MOTION TO CONTINUE GOVERNMENT'S DEADLINE TO RESPOND TO DEFENDANT'S OBJECTIONS TO RECOMMENDATION REGARDING MOTIONS TO SUPPRESS**<br><br>**filed on shortened time** |

  COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests a few additional days to respond to the defendant's objections to the Court's Recommendation Regarding Motions to Suppress.  Trial has been set for May 8, 2006.

The defendant has filed objections to the Court's Recommendation Regarding Motions to Suppress. Assistant U.S. Attorney Larry Card is the assigned attorney and he will be out of state until tomorrow, March 22, 2006. Trial in this matter has been set for May 8, 2006. The government respectfully requests, therefore, that its response be due on or before, Friday, March 24, 2006.

RESPECTFULLY submitted this <u>21st</u> day of March, 2006, at Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> <u>s/ David A. Nesbett</u>
> Special Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-6306
> Fax: (907) 271-1500
> E-mail: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2006,
a copy of the foregoing was served
electronically on Michael Dieni.

<u>s/ David A. Nesbett</u>