IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-115-RRB |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING MOTION** |
| | ) | **TO CONTINUE** |
| v. | ) | **GOVERNMENT'S DEADLINE** |
| | ) | **TO RESPOND TO** |
| SANDRA MITCHELL, | ) | **DEFENDANT'S OBJECTIONS** |
| | ) | **TO RECOMMENDATION** |
| Defendant. | ) | **REGARDING MOTIONS TO** |
| | ) | **SUPPRESS** |
| | ) | |
| | ) | **filed on shortened time** |

Having considered the non-opposed motion filed by the United States to continue the deadline for the government's response to the Defendant's Objections to the Report and Recommendation regarding Suppression in the above-captioned case, IT IS HEREBY ORDERED that the Government's response is due on March 24, 2006.

    IT IS SO ORDERED.

    DATED this ____ day of March, 2006, at Anchorage, Alaska.

                                                  _____

                                                  UNITED STATES MAGISTRATE JUDGE