IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>　　　　　Defendant. | Case No. 3:05-cr-0115-RRB<br><br>**ORDER REGARDING CONTINUANCE** |

　　　　Pursuant to the oral motion to continue trial made by the parties at the March 21, 2006, final pretrial conference, and to allow adequate time for both the Magistrate Judge and the Court to consider the evidentiary issues raised, and further, noting the representation by Plaintiff's counsel that they are working on a settlement of the entire matter in the event the Motion to Suppress is denied, the Court hereby **GRANTS** the motion to continue. Given the importance of the evidentiary ruling in this matter and the fact that Defendant, although in custody, expressly agreed to the continuance, the Court concludes that the interest of justice outweighs the interest of the public in having this matter proceed to trial at an earlier date. If either party, however, desires a

ORDER RE CONTINUANCE - 1
3:05-CR-0115-RRB

more expeditious resolution of the issues than set forth at the aforesaid hearing, they should notify the Court accordingly and the Court will consider the objections to the Initial Report and Recommendation without further input from the Magistrate Judge and proceed with trial as previously scheduled or as soon thereafter as reasonably possible.  Absent any such objection, the Court hereby extends the time in which the Magistrate Judge has to issue a Final Report and Recommendation to **March 31, 2006.**

      ENTERED this 21st day of March, 2006.

                              /s/ RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE