DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-00115 (RRB) |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO CONTINUE** |
| vs. ) | **TRIAL DATE SET ON MARCH** |
| ) | **21, 2006, DURING THE** |
| SANDRA ELAINE MITCHELL, ) | **PRETRIAL CONFERENCE** |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States Attorney's Office, by and through Larry D. Card, Assistant U.S. Attorney, and hereby moves the court for an order continuing the trial date of May 8, 2006 set on March 21, 2006 at the pretrial conference before the court. In support hereof, the government submits the affidavit

of counsel.

RESPECTFULLY SUBMITTED on this 22nd day of March, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Larry D. Card
>Assistant U.S. Attorney
>Alaska Bar No. 8011068
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: larry.card@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2006
a copy of the foregoing Motion To Continue
was served via electronic notice:

Michael Dieni

Asst. Federal Public Defender


s/ Larry D. Card