DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-0115 (RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT OF** |
| | ) | **LARRY D. CARD** |
| SANDRA ELAINE MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | |
|---|---|
| STATE OF ALASKA ) | |
| ) ss. | |
| THIRD JUDICIAL DISTRICT ) | |

I, LARRY D. CARD, being first duly sworn upon oath, depose and say:

1. That I am counsel of record for the plaintiff, United States of America;

2. That the trial date was set in the above-captioned case by the court, but I am the District of Alaska's Project Safe Neighborhoods Coordinator, and in that role, I represent Alaska in matters involving all of the law enforcement agencies in the State of Alaska;

3. That shortly after I started with the Alaska U.S. Attorney's office, a notice of annual meeting was sent out by the office of the U.S. Attorney General, scheduling the meeting for the week of May 2, 2006 in Denver, Colorado, and that I will not be physically present in the state until May 9, 2006;

4. That I can do this trial in late April if the Speedy Trial Rights are an issue, or in mid-May after the conclusion of the Timberlake trial, which was just recently set for the 10th of May, and expected to last approximately two days. Defendant's counsel Michael Dieni does not oppose a week's continuance;

5. That this motion is not made to frustrate either the rights of the defendant to a speedy trial nor the ability of his counsel to zealously represent his client.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: March 22nd 2006

LARRY D. CARD

SUBSCRIBED AND SWORN TO before me this 22nd day of March, 2006, Anchorage, Alaska.

Notary Public in and for Alaska
My Commission Expires: 10/26/2007

U.S. v. MITCHELL
3:05-cr-0115-RRB

Page 2 of 2