IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-00115 (RRB) |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER REGARDING MOTION** |
| vs. ) | **TO CONTINUE TRIAL DATE** |
| ) | |
| SANDRA ELAINE MITCHELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Having considered the motion filed by the United States to continue the trial date for the above-captioned case, IT IS HEREBY GRANTED. The trial date is continued to _____ day of _____, 2006.

IT IS SO ORDERED.

DATED this ____ day of March, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE