```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA


             USA    v.   SANDRA ELAINE MITCHELL

DATE:    March 22, 2006        CASE NO.   3:05-CR-0115-RRB
```

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

---

A hearing on Plaintiff's Motion to Continue Trial Date (Docket 56) will be held on **Friday, March 24, 2006, at 9:00 a.m.**, in Courtroom 2.

M.O. SCHEDULING HEARING