UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   SANDRA ELAINE MITCHELL

DATE:   March 24, 2006      CASE NO.   3:05-CR-0115-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                  **RESCHEDULING HEARING**

---

      Due to an oversight, the hearing on Plaintiff's Motion to Continue Trial scheduled for March 24, 2006, is **rescheduled** and will be held on **Friday, April 7, 2006, at 8:30 a.m.**, in Courtroom 2.

M.O. RESCHEDULING HEARING