IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>      Defendant. | Case No. 3:05-CR-0115-RRB<br><br>**ORDER DENYING<br>MOTION TO DISMISS** |

      Before the Court is Defendant's Motion to Suppress Warrantless Search of Defendant's Possessions at Docket 28.

      The Court has studied the pleadings filed relevant hereto and has also reviewed both the Recommendation regarding Motions to Suppress at Docket 50, the objections thereto, and the Final Recommendation Regarding Motions to Suppress at Docket 60. The Court has also read a transcript of the evidentiary hearing. Based thereon, the Court concludes that probable cause existed to detain Defendant when police officers encountered her at the time in question. Certainly, this is true once one considers the totality of the circumstances. Moreover, had the officers failed to act

ORDER DENYING MOTIONS TO SUPPRESS - 1
3:05-CR-0115-RRB

under these facts, they would likely be subject to criticism, especially if Defendant had subsequently injured herself or another. Therefore, the Court adopts the Recommendation of the Magistrate Judge and hereby **DENIES** the pending Motions to Dismiss.

Given that the Court has resolved the pending motions sooner than anticipated, the continuance previously granted does not appear to needed. Therefore, if the parties are unable to resolve this matter, the Court should be notified accordingly and the trial can likely proceed as early as March 29, 2006. Otherwise, a Notice of Intent to Change Plea shall be filed. The Court can do a change of plea on April 7, 2006, at the time currently scheduled to address Plaintiff's Motion to Continue Trial.

ENTERED this 24th day of March, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE