DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-00115(RRB) |
| ) | |
| Plaintiff, ) | |
| ) | **GOVERNMENT'S MOTION TO** |
| vs. ) | **CONTINUE SENTENCING** |
| ) | |
| SANDRA ELAINE MITCHELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States Attorney's Office, by and through Lawrence D. Card, Assistant U.S. Attorney, and hereby moves the court for an order continuing the sentencing currently scheduled for June 28, 2006 at 9:00 a.m. In support of this motion, the government submits the affidavit of counsel. The "co-defendant" Ronald Sorenson was previously scheduled for a change of plea,

but decided not to do so and re-scheduled his case for trial during the week of August 21, 2006. Ms. Mitchell is a critical witness, and since she has pled to her charges, she can only help herself by testifying in the Sorenson trial in the event he elects to go to trial as scheduled.

Therefore, the government moves to have Ms. Mitchell's sentencing continued until approximately the third week in September of 2006. In the event Mr. Sorenson again changes his mind and actually goes through a change of plea, the government would not oppose Ms. Mitchell's sentencing being advanced to a date convenient to both the court and her counsel.

RESPECTFULLY SUBMITTED on this <u>15th</u> day of June, 2006, in Anchorage, Alaska.

                DEBORAH M. SMITH
                Acting United States Attorney

                <u>s/ Lawrence  D. Card</u>
                Assistant U.S. Attorney
                Alaska Bar No. 8011068
                222 West 7th Ave., #9, Rm. 253
                Anchorage, AK 99513-7567
                Phone: (907) 271-5071
                Fax: (907) 271-1500
                E-mail: larry.card@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on June 15, 2006
a copy of the foregoing Motion
was served via electronic notice to:

Michael Dieni, Asst. Federal Public Defender

s/ Lawrence D. Card