DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:05-cr-00115 (RRB) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **AFFIDAVIT OF** |
| | ) **LARRY D. CARD** |
| SANDRA ELAINE MITCHELL, | ) |
| Defendant. | ) |

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

I, LARRY D. CARD, being first duly sworn upon oath, depose and say:

1. That I am counsel of record for the plaintiff, United States of America;

2. That the sentencing date was set in the above-captioned case by the court for June 28, 2006. The "co-defendant", Ronald Sorenson was previously set for a change of plea, and since Ms. Mitchell had changed her plea, there was no reason to believe that her testimony would be needed in his trial. He has since decided not to plead guilty, and his new trial date is set for the week of August 21, 2006. Ms. Mitchell is a critical witness for the government. Therefore, the court should re-schedule the sentencing for Ms. Mitchell for a time period after the Sorenson trial, possibly the third week of September of 2006.

3. That in the event Mr. Sorenson decides to change his plea again before trial, and does indeed change his plea, there is no good reason why Ms. Mitchell's sentencing date cannot be advanced to accommodate the schedule of the court and defense counsel.

4. That this motion is not made to frustrate either the rights of the defendant nor the ability of her counsel to zealously represent his client.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: 6-15-06

_____
LAWRENCE D. CARD

SUBSCRIBED AND SWORN TO before me this 15th day of June, 2006, Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 10/26/2007

U.S. v. MITCHELL
3:05-cr-00115 (RRB)                          Page 2 of 2