IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 3:05-cr-00115 (RRB) |
| ) | |
| Plaintiff,    ) | |
| ) | **ORDER REGARDING MOTION** |
| vs.    ) | **TO CONTINUE IMPOSITION** |
| ) | **OF SENTENCE** |
| SANDRA ELAINE MITCHELL,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

Having considered the motion filed by the United States to continue the sentencing date for the above-captioned case, and any opposition by the defendant, IT IS HEREBY GRANTED.  The sentencing date is continued to the _____ day of _____, 2006.

    IT IS SO ORDERED.

    DATED this ____ day of June, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE