Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>　　　　　　Defendant. | Case No. 3:05-cr-0115-RRB<br><br>DEFENDANT'S OPPOSITION TO CONTINUANCE OF SENTENCING |

　　　　　Defendant, Sandra Elaine Mitchell, by and through counsel Michael Dieni, Assistant Federal Defender, hereby objects to the government's motion to continue her sentencing in this matter.  In summary, the government has failed to establish a basis for delay of the sentencing.  Ms. Mitchell wishes to proceed "without unnecessary delay." Fed. R. Crim. P. 32(b)(1).

　　　　　The government's assertion that Ms. Mitchell may testify in a trial now set after her current sentencing date is irrelevant.  The parties in Ms. Mitchell's case have not reached a cooperation agreement.  In the event they do, after she is sentenced, Ms.

Mitchell can always avail herself of a motion to reduce sentence pursuant to Fed. R. Crim. P. 35(b).

For the reasons set forth above, Ms. Mitchell requests that the case proceed to sentencing as set for June 28, 2006.

DATED this 16th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on June 16, 2006, a copy of the foregoing document, with attachment, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni