UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>           Defendant. | Case No. 3:05-cr-0115-RRB<br><br>PROPOSED ORDER DENYING<br>MOTION AT DOCKET 66 |

      After due consideration of the government's motion to continue sentencing, defendant's opposition thereto, and for good cause shown, the motion is DENIED. Ms. Mitchell's sentencing shall proceed as scheduled on June 28, 2006, at 9 a.m.

      DATED this ____ day of June, 2006, in Anchorage, Alaska.

                                                      _____
                                                           Ralph R. Beistline
                                                United States District Court Judge