UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>           Defendant. | Case No. 3:05-cr-0115-RRB<br><br>~~PROPOSED~~ ORDER DENYING<br>MOTION AT DOCKET 66 |

After due consideration of the government's motion to continue sentencing, defendant's opposition thereto, and for good cause shown, the motion is DENIED. Ms. Mitchell's sentencing shall proceed as scheduled on June 28, 2006, at 9 a.m.

DATED this 16 day of June, 2006, in Anchorage, Alaska.

Ralph R. Beistline
United States District Court Judge