Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>　　　　　Defendant. | Case No. 3:05-cr-0115-RRB<br><br>UNOPPOSED MOTION FOR ONE DAY EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM |

　　　　Defendant, Sandra Elaine Mitchell, by and through counsel Michael Dieni, Assistant Federal Defender, requests an additional day, to June 22, 2006, to file her sentencing memorandum in this matter.  The sentencing memorandum currently is due today, June 21, 2006.  Assistant United States Attorney Larry D. Card is unopposed to this motion.

///

///

///

DATED this 21st day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on June 21, 2006, a copy of the foregoing document, with attachment, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni