UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>　　　　　　Defendant. | Case No. 3:05-cr-0115-RRB<br><br>PROPOSED ORDER GRANTING EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM |

After due consideration of defendant's Unopposed Motion for One Day Extension of Time to File Sentencing Memorandum, and for good cause shown, the motion is granted. Defendant's sentencing memorandum shall be filed by close of business on June 22, 2006.

DATED this ____ day of June, 2006, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge