```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA


            USA   v.   SANDRA ELAINE MITCHELL

DATE:    June 21, 2006    CASE NO.    3:05-CR-0115-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               GRANTING EXTENSION
```

Defendant's Unopposed Motion for One Day Extension of Time to File Sentencing Memorandum (Docket 69) is hereby **GRANTED**. Defendant's memorandum shall be filed by the close of business on **June 22, 2006.**

M.O. GRANTING EXTENSION