Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>SANDRA ELAINE MITCHELL,<br><br>          Defendant. | Case No. 3:05-cr-0115-RRB<br><br>AFFIDAVIT OF DEFENDANT |

Sandra Elaine Mitchell, being first duly sworn upon oath, deposes and states:

1.     I am the defendant in the above-captioned case.  This affidavit is submitted in aid of the court's consideration of my role in this offense.

2.     My involvement in this case is the result of my addiction to drugs and my relationship with Mr. Ron Sorenson.  Here are the main facts of this case as to my role.

3.     Mr. Sorenson is now approximately 28 years old.  He is the

Exhibit N
Page 1 of 3

son of Ron Bycoff, a man I lived with over the course of approximately 20 years. Mr. Sorenson is the half-brother of my three children by Mr. Bycoff, Brittany and Chelsea, both age 17, and Ty, age 12. He has been involved with my kids and my life for nearly 20 years.

4. Mr. Sorenson imported the drugs from a contact in Fresno California. Mr. Sorenson did so by using the alias, Ron Sorento. I did not know the person in Fresno. Mr. Sorenson made all of the arrangements with this man to get the drugs sent to Alaska. I agreed to allow Mr. Sorenson to use my address for delivery of the drugs. He sometimes stayed at my house. On one occasion I helped Mr. Sorenson by sending a money gram to Fresno. I had no knowledge of the amount of drugs that would be in the package. The plan was for Mr. Sorenson to get the package from my house when it arrived. It was not anticipated that I would have anything to do with distribution of drugs. He would pick up the package and take it away from my house. I had no intention of selling drugs or making any money. My personal interest in methamphetamines was limited to using the drug. I began doing so the summer of 2005 at a time when I became clinically depressed.

5. On December 8, 2005, Mr. Sorenson was arrested on an outstanding warrant. The next morning from the jail he told me a package would be coming. I did not know before he told me that a package would be coming soon. He told me to get rid of it. The next day, the package came to my house addressed to Ron Sorento. I became very frightened, thinking that whoever was expecting to receive the contents of the package after Ron Sorenson had taken it might come after me. The next

day Mr. Lee St. Pierre, an associate of Mr. Sorenson's, called and ~~wanted to have me deliver the~~ asked for the drugs. ~~contents to Mr. Pierre~~. I used methamphetamines that night, and I became disoriented and lost. That is how the police found me. I was very frightened, carrying the contents of the package, looking for Mr. St. Pierre, who had called me and asked me to meet him at a nearby street location.

6. None of the preceding paragraphs is intended to absolve me of my liability in this case. Drugs have been a crutch and a downfall for me at various times during my life; I cannot blame Mr. Sorenson for my decision to use methamhetamines.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Sandra E. Mitchell*
Sandra E. Mitchell

SUBSCRIBED and SWORN to before me this _____ day of _____, 2006.

_____
Notary Public in and for Alaska
My Commission Expires:

3

Exhibit N
Page 3 of 3