UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  MITCHELL  </u>

DATE:   <u>  June 27, 2006  </u>   CASE NO.   <u>  3:05-CR-0115-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

Due to a criminal trial, the sentencing in this matter, presently scheduled for June 28, 2006, is **RESCHEDULED** and will now be held on **Friday, June 30, 2006, at 1:30 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING SENTENCING