MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. **SANDRA ELAINE MITCHELL**     CASE NO. **3:05-CR-00115-RRB**
Defendant: **X** Present   **X** In Custody

BEFORE THE HONORABLE: **RALPH R. BEISTLINE**

DEPUTY CLERK/RECORDER: **CAROLINE EDMISTON/SUZANNETTE DAVID**

UNITED STATES ATTORNEY: **DAVID NESBETT**

DEFENDANTS ATTORNEY: **MIKE DIENI**

U.S.P.O.: **SCOTT KELLEY**

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 08/31/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

**X** Notice of Appeal form given to defense counsel.

**X** Court stated findings/reasons pursuant to sentencing guidelines.

**X** Imprisonment for a period of **61 Months**.

**X** Defendant placed on supervised release for a period of **Five** years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

**X** Special Assessment $ **100.000** , due **immediately**.

**X** Defendant remanded to the custody of the U.S. Marshal.

**X** OTHER: Court and counsel heard re Presentence Report, sentencing recommendations and plea agreement. Appeal rights given to defendant; Notice of Appeal Rights given to defendant. Payment coupon given to defendant.

At 9:30 a.m. court adjourned.

DATE: **August 31, 2006**     DEPUTY CLERK'S INITIALS: **ce**